UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ROSALIND LLOYD,                                          :
:
                Plaintiff,      :
:      22-CV-2543 (VSB)
        -against-                          :
:      **ORDER**
ACCELERATED INVENTORY                                    :
MANAGEMENT, LLC,                                         :
:
                Defendant.      :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On May 4, 2022, Defendant filed a motion to dismiss.  (Doc. 8.)  On June 8, 2022, Plaintiff filed a first amended complaint.  (Doc. 12.)  Pursuant to Federal Rule of Civil Procedure 15, "[a] party may amend its pleading once as a matter of course" either within "21 days after serving it," within "21 days after service of a responsive pleading," or within "21 days after service of a motion under Rule 12(b), (e), or (f)."  Fed. R. Civ. P. 15(a)(1)(A)–(B).  Accordingly, any amendment as a matter of course was due 21 days from May 4, 2022, which was May 25, 2022.  Therefore, it is hereby

      ORDERED that on or before June 15, 2022, Plaintiff shall either (a) file a letter, with legal authority, explaining why Plaintiff should be permitted to amend its pleading once as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1), or (b) file proof of the opposing party's written consent to amend pursuant to Federal Rule of Civil Procedure 15(a)(2), or (c) move for the court's leave to amend pursuant to Federal Rule of Civil Procedure 15(a)(2).
SO ORDERED.

Dated: June 9, 2022
      New York, New York

                                            Vernon S. Broderick
                                            United States District Judge